IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TERRY JOHNSON                                                                               PLAINTIFF
ADC #83520

vs.                                          CASE NO. 2:04CV00126 GH/HDY

J. DEAN-SMITH, et al.                                                                    DEFENDANTS

## ORDER

The Court has received findings and recommendations from Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, the Court adopts them in their entirety.

IT IS, THEREFORE, ORDERED that Plaintiff's "Motion for Preliminary Injunction (docket entry #42) and Motion for Temporary Restraining Order (docket entry #43) are DENIED.

IT IS SO ORDERED this 27 day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE